# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

### No. 201700091

_____

### UNITED STATES OF AMERICA
Appellee

v.

### QUINNTAVAIS A. CHESNEY
Private (E-1), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Mark D. Sameit, USMC.
Convening Authority: Commanding Officer, Headquarters Battalion, Marine Air Ground Task Force Training Command, MCAGCC, Twentynine Palms, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Rhesa J. Ashbacher, USMC.
For Appellant: Major Jason L. Morris, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 31 May 2017

_____

Before CAMPBELL, FULTON, and HUTCHISON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court